IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,   No. C-12-3363 TEH (PR)

ORDER OF DISMISSAL

Plaintiff Ronald Lee Canada commenced this action when he filed a one-page letter with the Court on June 28, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings. Doc. #2. The Clerk also notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> (IFP) application (Doc. #3). <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

Doc. ## 2 & 3.

The deadline to file the complaint has passed, and Plaintiff has not filed a complaint nor an IFP application. This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  _08/08/2012_   _____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Canada 12-3363-dis no complaint.wpd

2