IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RONALD LEE CANADA, | No. C-12-3363 TEH (PR) |
| | ORDER OF DISMISSAL |

Plaintiff Ronald Lee Canada commenced this action when he filed a one-page letter with the Court on June 28, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings. Doc. #2. The Clerk also notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> (IFP) application (Doc. #3). <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

1  Doc. ## 2 & 3.
2          The deadline to file the complaint has passed, and
3  Plaintiff has not filed a complaint nor an IFP application.  This
4  action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to
5  file a complaint.
6          The Clerk shall terminate all pending motions as moot and
7  close the file.
8          IT IS SO ORDERED.

10  DATED    _08/08/2012_         _____
                                  THELTON E. HENDERSON
11                                United States District Judge

13  G:\PRO-SE\TEH\CR.12\Canada 12-3363-dis no complaint.wpd

**2**