IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RONALD LEE CANADA, _____/ | No. C-12-3363 TEH (PR)<br><br>ORDER RE-OPENING CASE AND RE-SENDING CLERK'S NOTICES RE: FILING COMPLAINT AND COMPLETING IN FORMA PAUPERIS AFFIDAVIT OR PAYMENT OF FILING FEE |

    Plaintiff Ronald Lee Canada commenced this action when he filed a one-page letter with the Court on June 28, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California.  Doc. #1.  On June 28, 2012, the Court sent Plaintiff two notices.  The first instructed him to file a complaint and the second notified him that he must complete his in forma pauperis (IFP) application.  The notices warned Plaintiff that if he did not comply with them within thirty days, his case would be dismissed.  Thirty days passed and Plaintiff did not comply with the notices.  On August 9, 2012, the Court dismissed Plaintiff's action without prejudice for failure to file a complaint.

On September 28, 2012, Plaintiff sent a letter to the Court stating that he had been transferred to Pelican Bay State Prison (PBSP) and that his legal papers had not been forwarded to him from his former prison.  The Court notes that its two notices and Order of Dismissal were sent to Plaintiff's former prison and not to PBSP and, thus, Plaintiff may not have received them.

Therefore, in the interests of justice, the Court re-opens this case to give Plaintiff an opportunity to respond to the notices regarding the filing of a complaint and the completion of his IFP application.  The Clerk of the Court shall send to Plaintiff this order and re-send the notices allowing Plaintiff thirty-days from the date of this Order to comply with the notices.

IT IS SO ORDERED.

DATED     *11/07/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Canada 12-3363-re-open case.wpd