IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,                    No. C-12-3363 TEH (PR)

ORDER OF DISMISSAL

_____/

      Plaintiff Ronald Lee Canada commenced this action when he filed a one-page letter with the Court on June 28, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1. On June 28, 2012, the Court sent Plaintiff two notices. The first instructed him to file a complaint and the second notified him that he must complete his in forma pauperis (IFP) application. The notices warned Plaintiff that if he did not comply with them within thirty days, his case would be dismissed. Thirty days passed and Plaintiff did not comply with the notices. On August 9, 2012, the Court dismissed Plaintiff's action without prejudice for failure to file a complaint. On September 28, 2012, Plaintiff sent a letter to the Court stating that he had been transferred to Pelican Bay State Prison (PBSP) and that his legal

1 | papers had not been forwarded to him from his former prison.  On
2 | November 7, 2012, the Court re-opened Plaintiff's case and re-sent
3 | him, at his current address, the clerk's notices about deadlines for
4 | filing a complaint and completing an IFP application.  The Court set
5 | December 7, 2012 as the new deadline for filing these documents.

6 |     To date, Plaintiff has filed no other document in this case.
7 | The deadline to file the complaint has passed, and Plaintiff has not
8 | filed a complaint nor an IFP application.  This action, therefore,
9 | is DISMISSED WITHOUT PREJUDICE for failure to file a complaint and
10 | the required IFP application.

11 |     The Clerk shall terminate all pending motions as moot and
12 | close the file.

13 |     IT IS SO ORDERED.

15 | DATED    *01/7/2013*                   _____
16 |                                        **THELTON E. HENDERSON**
                                            **United States District Judge**

18 | G:\PRO-SE\TEH\CR.12\Canada 12-3363- Second Dis.wpd

**2**